**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| IN RE: | CASE NO.: 19-51382 |
| | CHAPTER 13 |
| Daniel Tyler Rhodus, | |
| Debtor. | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u> | <u>Bayview Loan Servicing, LLC</u> |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 6-1 |
| Selene Finance, LP | Amount of Claim: 126,141.91 |
| 9990 Richmond Ave. Suite 400 South Attn: BK Dept | Date Claim Filed: 9/11/2019 |
| Houston  TX  77042 | |
| Phone: | Phone: <u>866-709-3400</u> |
| Last Four Digits of Acct #: <u>2602</u> | Last Four Digits of Acct #: <u>9154</u> |

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South Attn: BK Dept
Houston  TX  77042
Phone:
Last Four Digits of Acct #: <u>2602</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ Susana E. Lykins | Date: 10/05/2021 |
| Transferee/Transferee's Agent | |

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

21-108056 - JeD

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DANIEL TYLER RHODUS
384 WINDY OAKS CIR
RICHMOND, KY 40475-7980

And via electronic mail to:

SUSAN B MARTIN
635 W MAIN ST, PO BOX 400
RICHMOND, KY 40476-0400

BEVERLY M. BURDEN
PO BOX 2204
LEXINGTON, KY 40588

U.S. TRUSTEE
100 E VINE ST #500
LEXINGTON, KY 40507

By: /s/ Yanique Roberts

21-108056 - JeD